UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**COLBY ALLEN SMITH,**
    Petitioner,

v.                                     Case No.:  1:12cv260/RV/GRJ

**Secretary, Florida**
**Department of Corrections,**
    Respondent.

_____

**ORDER**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 22, 2015. (Doc. 17.)  The parties have has been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections.  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for a writ of habeas corpus (doc. 1) is **DENIED**.

3.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**.

**DONE AND ORDERED** this 21st day of July, 2015.

                                        _/s/ Roger Vinson_
                                        **ROGER VINSON**
                                        **Senior United States District Judge**